EMMA GERICKE, Respondent, *v.* HENRY BISCHOFF et al., Appellants.

*Gericke* v. *Bischoff*, 140 App. Div. 901, affirmed.
(Argued May 15, 1912; decided June 4, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 29, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action for conversion.

*Albert P. Massey* for appellants.

*Clifford C. Roberts* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: WERNER, J.